**Order filed September 27, 2022**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-22-00196-CV**

———————

**DOMINIC MONARITI, Appellant**

**V.**

**ANTHONY MONARITI AND CATERINA TORRESS NEE MONARITI,**
**Appellees**

---

**On Appeal from Probate Court No. 2**
**Harris County, Texas**
**Trial Court Cause No. 486937**

---

## O R D E R

Appellant's brief was due August 29, 2022**.** No brief or motion for extension of time has been filed.

Accordingly, we order appellant to file a brief with this court within thirty (30) days of the date of this order. If appellant fails to do so, the appeal is subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Zimmerer.